IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

The Trustees of NECA-IBEW PENSION
BENEFIT TRUST FUND, et al.,

    Plaintiffs,

v.

PURCELL ELECTRIC COMPANY, INC.,

    Defendant.                               Case No. 09-cv-1013-DRH

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

On October 20, 2010, the Court entered an Order (Doc. 20) deferring ruling on Plaintiffs' Second Renewed Motion for Default Judgment (Doc. 18), and directing them to file a supplement to demonstrate Defendant's obligation under the New Payment Agreement to the Court's satisfaction. A timely Supplement (Doc. 21) has now been filed for the Court's consideration herein.

Specifically, Plaintiffs claim Defendant owes $24,393.68 in unpaid contributions for October 2009 through February 2010, $3,308.87 in interest and

liquidated damages on late paid contributions for June 2009 through September 2009, and $5,016.66 in interest and liquidated damages on unpaid contributions for October 2009 through February 2010[1] (Doc. 19, p. 6, Ex. 1 - Amended Affidavit of Sarah Sanderson, ¶¶ 3, 5, 6).  Plaintiffs also seek reimbursement in the amount of $8,816. 50 for attorneys' fees and $460.00 in costs (*Id*., Ex. 2 - Affidavit of Christopher Grant, ¶ 16).

In addition, Plaintiffs claim that pursuant to Defendant's obligations to timely pay benefit contributions per the New Payment Agreement, $59,908.10 in unpaid contributions are now due under the terms of the New Payment Agreement, as well as $49,935.27 in interest and liquidated damages on those contributions (Doc. 18, p. 8).  As stated previously, the Court's October 20, 2010 Order (Doc. 20) found Defendant to be in default and also found all of Plaintiffs' claims to be properly substantiated except for the ones relating to the New Payment Agreement, as Plaintiffs had failed to attach it to either their Complaint or Motion for Default Judgment for the Court's verification.  Because Plaintiffs, via their Supplement (Doc. 21), have now submitted the New Payment Agreement for the Court to review, it finds Plaintiff's monetary claims related thereto to be substantiated.

Accordingly, it hereby **GRANTS** Plaintiffs' Motion for Default Judgment (Doc. 18), awarding a judgment in default in favor of Plaintiffs and against defendant

---

[1] Plaintiffs' claims against Defendant arise under Sections 502 and 515 of the Employee Retirement Income Security Act ("ERISA") of 1974, as amended and Section 301 of the Labor Management Relations Act ("LMRA"), as amended.  **29 U.S.C. §§ 1132** and **1145; 29 U.S.C. § 185**.

Purcell Electric Company, Inc., in the total amount of **$151,839.08**, plus post-judgment attorneys' fees and costs incurred in connection to this case until judgment is fully executed.

    **IT IS SO ORDERED.**

    Signed this 8th day of November, 2010.

David R. Herndon
2010.11.08
14:49:31 -06'00'

**Chief Judge**
**United States District Court**