## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

The Trustees of NECA-IBEW PENSION
BENEFIT TRUST FUND, et al.,

    Plaintiffs,

v.

PURCELL ELECTRIC COMPANY, INC.,

    Defendant.                                      Case No. 09-cv-1013-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court on plaintiffs' Second Renewed Motion for Default Judgment.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 8, 2010, default judgment is entered in favor of the plaintiffs, **THE TRUSTEES OF NECA-IBEW PENSION BENEFIT TRUST FUND, TRUSTEES OF THE SOUTHERN ILLINOIS ELECTRICAL RETIREE WELFARE TRUST FUND, THE TRUSTEES OF THE LOCAL UNION NO. 702 ANNUAL BENEFIT FUND, THE TRUSTEES FOR THE JOINT APPRENTICESHIP & TRAINING COMMITTEE LOCAL UNION 702 and SOUTHERN ILLINOIS CHAPTER NECA, THE TRUSTEES FOR THE NATIONAL ELECTRICAL BENEFIT FUND, LOCAL UNION NO. 702, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, TRUSTEES OF THE LABOR MANAGEMENT COOPERATION COMMITTEE and THE ADMINISTRATIVE MAINTENANCE FUND,** and against the defendant, **PURCELL ELECTRIC COMPANY, INC.,** in the total amount of **$151,839.08** as follows: the sum of $24,393.69 in unpaid contributions for October 2009 through February 2010, the sum of $3,308.87 in interest and liquidated damages on late paid contributions for June 2009 through September 2009, and the sum of $5,016.66 in interest and liquidated damages on unpaid contributions for October 2009 through February 2010.  The further sum of $8,816.50 for attorneys' fees and $460.00 in costs.  The sum of $59,908.10 in unpaid contributions is now due under the terms of the New Payment Agreement, as well as $49,935.27 in interest and liquidated damages on those contributions.  This case is **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:      /s/*Sandy Pannier*
                                                           Deputy Clerk

David R. Herndon
2010.11.09
11:00:11 -06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT